UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CARL FARMER,

        Plaintiff,                  Case no. 08-10420
                                             Honorable John Corbett O'Meara
v.


COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

## ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S
## REPORT AND RECOMMENDATION

        The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Majzoub's September 03, 2008, report and recommendation as well as any objections filed by the parties, and upon review;

        IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.

        IT IS FURTHER ORDERED that defendant's motion to dismiss is GRANTED.



                                                  s/John Corbett O'Meara
                                                  United States District Judge


Date: September 30, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 30, 2008, by electronic and/or ordinary mail.

                                                  s/William Barkholz
                                                  Case Manager